IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00353-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMI RAY STILL,

    Defendant.

_____

**ORDER**
_____

The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The October 24, 2007 status hearing is converted to a change of plea hearing.

    DATED at Denver, Colorado, on October 17, 2007

                                           BY THE COURT:

                                           s/ Walker D. Miller
                                           United States District Judge

PDF FINAL